# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROBERT FLEENOR and CRYSTAL BARTZ, <br><br> Plaintiffs, <br><br> v. <br><br> NCB MANAGEMENT SERVICES INC., <br><br> Defendant. | Case No. 18-CV-882-JPS <br><br> ORDER |

On August 13, 2018, the plaintiffs filed a notice of voluntary dismissal of this action with prejudice and without costs assessed to any party. (Docket #11). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiffs' notice of voluntary dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice.**

Dated at Milwaukee, Wisconsin, this 20th day of August, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge